McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-0226 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| ) | |
| LUCIA GUADALUPE RODRIGUEZ, ) | |
| ) | |
| Defendants. ) | Hon. D Lowell Jensen |

The parties request that the status conference currently set for July 24, 2007, at 9:00 am, be continued to August 7, 2007, and stipulate that the time beginning July 24, 2007, and extending through August 7, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time.  18 U.S.C. § 3161(h)(8)(A).  In particular, it is anticipated that this case can be resolved through the Fast-Track process.  However, the United States Probation Office has yet to complete the Pre-Plea Advisory Guideline Presentence Investigation Report for this defendant.  The USPO officer

1

1  responsible for preparing the report has informed government
2  counsel that she expects to complete the report within the next
3  week.  In order to ensure that counsel have all of the necessary
4  information prior to seeking a Fast-Track resolution to this
5  case, a continuance is needed to permit completion of the report
6  and to allow counsel the opportunity to review its findings and
7  recommendation, and perform additional investigation or research,
8  if required.  The parties stipulate and agree that the interests
9  of justice served by granting this continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

15 Dated: July 23, 2007              By: /s/ Kyle Reardon
                                        KYLE REARDON
16                                      Assistant U.S. Attorney


18 Dated: July 23, 2007              By: /s/ Ned Smock
                                        NED SMOCK
19                                      Attorney for defendant

**ORDER**

The status conference in case number S-07-0226 DLJ, currently set for July 24, 2007, at 9:00 am, is continued to August 7, 2007 at 9:00 am, and the time beginning July 24, 2007, and extending through August 7, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance
///

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: July 23, 2007

/s/ D. Lowell Jensen
D. LOWELL JENSEN
United States District Judge