```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    LUCIA GUADALUPE RODRIGUEZ

 7
                     IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    )  No. CR-S-07-226 DLJ
                                 )
11              Plaintiff,       )
                                 )  STIPULATION AND ORDER
12       v.                      )
                                 )
13  LUCIA GUADALUPE RODRIGUEZ,   )  Date: August 14, 2007
                                 )  Time: 9:00 A.M.
14                               )  Judge: Hon. D. Lowell Jensen
                                 )
15              Defendant.       )
    _____
16
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for August 7, 2007 be vacated and a new date of August 14, 2007 at 9:00 a.m. be set for status.  The defense received the pre-plea presentence investigation report this Friday.  The defense needs time to review that report and to obtain copies of court files for two prior convictions which bear on the defendant's criminal history calculations.

It is further stipulated and agreed between the parties that the period beginning August 7, 2007 to August 14, 2007, should be excluded

in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: August 6, 2007

                                           Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                           /S/NED SMOCK
                                           NED SMOCK
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           LUCIA GUADALUPE RODRIGUEZ

                                           MCGREGOR W. SCOTT
                                           United States Attorney

Dated:  August 6, 2007
                                           /S/ KYLE REARDON
                                           KYLE REARDON
                                           Assistant U.S. Attorney

                                **ORDER**

**IT IS SO ORDERED.**

DATED: August 6, 2007

                                         /s/ D. Lowell Jensen
                                         HONORABLE D. LOWELL JENSEN
                                         District Court Judge