DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUCIA GUADALUPE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-226 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION ORDER |
| v. | ) | |
| | ) | |
| LUCIA GUADALUPE RODRIGUEZ, | ) | Date: September 11, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for August 14, 2007 be vacated and a new date of September 11, 2007 be set for status.  The defense recently received the pre-plea presentence investigation report.  The defense is researching the defendant's prior convictions to determine the appropriate criminal history category and needs additional time for that purpose.

　　　It is further stipulated and agreed between the parties that the period beginning August 14, 2007 to September 11, 2007, should be excluded in computing the time within which the trial of the above

...
...

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: August 10, 2007

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                          /S/NED SMOCK
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LUCIA GUADALUPE RODRIGUEZ

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  August 10, 2007

                                        /S/ KYLE REARDON
                                      KYLE REARDON
                                      Assistant U.S. Attorney

                                           **ORDER**

**IT IS SO ORDERED.**

DATED:  August 10, 2007

                                      HONORABLE D. LOWELL JENSEN
                                      District Court Judge