DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUCIA GUADALUPE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>     v.                          )<br>                                 )<br> LUCIA GUADALUPE RODRIGUEZ,      )<br>                                 )<br>                                 )<br>              Defendant.         )<br>_____ | No. CR-S-07-226 DLJ<br><br>STIPULATION AND ORDER<br><br>Date: September 18, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. D. Lowell Jensen |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for September 11, 2007 be vacated and a new date of September 18, 2007 be set for status.  The defense needs one additional week to clarify remaining issues about prior convictions prior to entering a plea.

   It is further stipulated and agreed between the parties that the period beginning September 11, 2007 to September 18, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is

an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 5, 2007

          Respectfully submitted,

          DANIEL BRODERICK
          Federal Defender


            /S/NED SMOCK
          NED SMOCK
          Assistant Federal Defender
          Attorney for Defendant
          LUCIA GUADALUPE RODRIGUEZ


          MCGREGOR W. SCOTT
          United States Attorney

Dated:  September 5, 2007

           /S/ KYLE REARDON
          KYLE REARDON
          Assistant U.S. Attorney


          **ORDER**

    **IT IS SO ORDERED.**

DATED:  9-7-07

          _____
          HONORABLE D. LOWELL JENSEN
          District Court Judge